NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RANDALL R. LEWIS,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7090

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-3057, Judge Lawrence B. Hagel.

---

**ON MOTION**

---

**ORDER**

Upon consideration of Randall R. Lewis' motion to voluntarily withdraw his appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

__JUL 19 2011__                          /s/ Jan Horbaly
        Date                             Jan Horbaly
                                         Clerk

cc: Kenneth M. Carpenter, Esq.
    Christopher A. Bowen, Esq.

s21

Issued As A Mandate:    __JUL 19 2011__

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 19 2011

JAN HORBALY
CLERK